UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MARDIKIAN, an individual;<br><br>                    Plaintiff,<br><br>vs.<br><br>BERKSHIRE HATHAWAY GUARD INSURANCE COMPANIES; AMGUARD INSURANCE COMPANY; HARTFORD STEAM BOILER INSPECTION INSURANCE COMPANY; and 1 through 50, inclusive,<br><br>                    Defendants. | Case No. 3:26-03913-LJC<br><br>[San Mateo County Superior Court, Case No.: 25-CIV-06468]<br><br>Complaint Filed: August 27, 2025<br><br>**ORDER GRANTING STIPULATION TO REMAND TO STATE COURT**<br><br>[Concurrently filed with Stipulation to Remand]<br><br>Assigned to Hon. Lisa J. Cisneros |

The Court, having read and considered the Stipulation to Remand submitted by Plaintiff GEORGE MARDIKIAN ("Plaintiff") and Defendants AMGUARD INSURANCE COMPANY ("AMGUARD") and HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY ("HSB") (collectively "Defendants"), hereby ORDERS as follows:

1.     As the amount in controversy is not and cannot be more than $75,000.00, this Court will no longer have subject matter jurisdiction and this case, Federal Case No. 3:26-03913-LJC, is hereby remanded to the Superior Court for the State of California, County of San Mateo, Case No. 25-CIV-06468.

2.     All pending dates in the Federal action are hereby vacated.

- 1 -

3. Plaintiff cannot obtain damages greater than $75,000.00, if any, in heis lawsuit against Defendants, under either Case No. 3:26-03913-LJC or Case No. 25-CIV-06468.

4. Plaintiff will file his First Amended Complaint in the Superior Court of the State of California, County of San Mateo, Case No. 25-CIV-06468, on or before May 29, 2026.

5. This Order shall be accorded full force and effect in the Superior Court of the State of California, County of San Mateo, Case No. 25-CIV-06468.

Dated: July 1, 2026

_____
HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE